AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FILED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of   COLUMBIA

Aleksandr Skurtu
Plaintiff

v.

Homeland Security, INS,
John A. Duck JR.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:  07 1134

I, Aleksandr Skurtu, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  ERDCC  2727 Hwy K  Bonne Terre, MO 63628

   Are you employed at the institution? yes   Do you receive any payment from the institution? $30.00/MO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
   ERDCC Education Program, 2727 Hwy K  Bonne Terre, MO 63628
   $30.00/$27.00 a month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   RECEIVED
   MAY 17 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

Money received is from my parents. Average of $240.00 a month. Expect to continue receiving of average of $240.00 a month.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $5.25

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

declare under penalty of perjury that the above information is true and correct.

4-25-07
Date

_[signature]_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge        Date | United States Judge        Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: <u>Aleksandr Skurtu</u> v. <u>Homeland Security, INS,</u>
<u>John A. Duck, JR.</u>

Civil Action No. _____

    I, <u>Aleksandr M. Skurtu</u> # <u>1091128</u>, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

07 1134
FILED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May 7, 2007

I do hereby verify that attached hereto is an original computer printout of the transactions in the offender account with the Missouri Department of Corrections, Jefferson City, Missouri for Offender <u>ALEXANDER SKURTU</u>, No. <u>1091128</u> for the period of <u>November 1, 2006</u> through <u>May 4, 2007</u> indicating the correct opening balance, subsequent transactions, and closing balance for said account in my office.

_____
Rodney Kueffer
Offender Finance Officer


Subscribed and sworn to before me, the undersigned Notary Public, this ___7th___ day of May, 2007.

_____
Notary Public

```
TRACY CLENNIN
Notary Public - Notary Seal
STATE OF MISSOURI
County of Moniteau
My Commission Expires 1/24/2011
Commission # 07546804
```

```
              Dept of Corrections an^ Human Resources
                       Jefferson City, Missouri




              Inmate Account Statement    5-04-2007              Page    1




     1091128  SKURTU              ALEKSANDR
     ERDCC    005 05C 0C204
```

|            | Personal                      | Deposits | Withdrawals | Balance |
|------------|-------------------------------|----------|-------------|---------|
| 11-01-2006 | Opening  Balance              |          |             | 167.49  |
| 11-07-2006 | Canteen Purchase              |          | 28.59       | 138.90  |
| 11-09-2006 | STW REG     1.00Mo 10-3       | 17.50    |             | 156.40  |
| 11-13-2006 | Canteen Purchase              |          | 32.86       | 123.54  |
| 11-14-2006 | CHRISTIAN BOOK DISTRIBUTORS   |          | 94.54       | 29.00   |
| 11-14-2006 | FEED THE CHILDREN             |          | 14.00       | 15.00   |
| 11-21-2006 | Canteen Purchase              |          | 14.77       | .23     |
| 11-21-2006 | LIDIYA     SKURTU             | 140.00   |             | 140.23  |
| 11-27-2006 | Canteen Purchase              |          | 83.29       | 56.94   |
| 12-04-2006 | Canteen Purchase              |          | 36.76       | 20.18   |
| 12-07-2006 | ALEXKSANDRSKURTU              | 120.00   |             | 140.18  |
| 12-11-2006 | FEED THE CHILDREN             |          | 17.00       | 123.18  |
| 12-12-2006 | Canteen Purchase              |          | 65.98       | 57.20   |
| 12-15-2006 | STW REG     1.00Mo 11-3       | 20.00    |             | 77.20   |
| 12-19-2006 | FEED THE CHILDREN             |          | 12.00       | 65.20   |
| 12-19-2006 | Canteen Purchase              |          | 52.47       | 12.73   |
| 12-22-2006 | LIDIYA     SKURTU             | 120.00   |             | 132.73  |
| 12-27-2006 | Canteen Purchase              |          | 49.02       | 83.71   |
| 1-03-2007  | Canteen Purchase              |          | 55.27       | 28.44   |
| 1-10-2007  | ABANDONED BABY CENTER         |          | 12.00       | 16.44   |
| 1-10-2007  | Canteen Purchase              |          | 9.24        | 7.20    |
| 1-12-2007  | LIDIYA     SKURTU             | 120.00   |             | 127.20  |
| 1-12-2007  | STW REG     1.00Mo 12-3       | 22.50    |             | 149.70  |
| 1-16-2007  | Canteen Purchase              |          | 68.93       | 80.77   |
| 1-19-2007  | BILLY GRAHAM EVAN. ASSOC.     |          | 15.00       | 65.77   |
| 1-19-2007  | JACK L MARCUS INC             |          | 20.00       | 45.77   |
| 1-24-2007  | LIDIYA     SKURTU             | 120.00   |             | 165.77  |
| 1-25-2007  | Canteen Purchase              |          | 42.85       | 122.92  |
| 1-31-2007  | BILLY GRAHAM EVAN.ASSOC       |          | 12.00       | 110.92  |
| 1-31-2007  | Canteen Purchase              |          | 65.60       | 45.32   |
| 2-06-2007  | Canteen Purchase              |          | 40.69       | 4.63    |
| 2-15-2007  | LIDIYA     SKURTU             | 140.00   |             | 144.63  |
| 2-16-2007  | STW REG     1.00Mo  1-3       | 25.00    |             | 169.63  |
| 2-16-2007  | Mandatory Savings Reduction   |          | 2.50        | 167.13  |
| 2-20-2007  | Canteen Purchase              |          | 99.11       | 68.02   |
| 2-26-2007  | C B D                         |          | 33.48       | 34.54   |
| 2-26-2007  | TURNING POINT MINISTRY        |          | 17.00       | 17.54   |
| 2-27-2007  | Canteen Purchase              |          | 14.62       | 2.92    |

Dept of Corrections and Human Resources

Jefferson City, Missouri

Inmate Account Statement    4-09-2007                Page   1

1091128   SKURTU            ALEKSANDR
ERDCC     005 05C 0C204

|  | Personal | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 6-01-2006 | Opening Balance |  |  | 161.30 |
| 6-01-2006 | Canteen Purchase |  | 69.81 | 91.49 |
| 6-02-2006 | FEED THE CHILDREN |  | 12.00 | 79.49 |
| 6-02-2006 | TBN |  | 20.00 | 59.49 |
| 6-06-2006 | FEED THE CHILDREN |  | 12.00 | 47.49 |
| 6-07-2006 | Canteen Purchase |  | 35.55 | 11.94 |
| 6-07-2006 | LIDIYA    SKURTU | 120.00 |  | 131.94 |
| 6-13-2006 | Canteen Purchase |  | 45.63 | 86.31 |
| 6-14-2006 | TBN |  | 12.00 | 74.31 |
| 6-16-2006 | STATE PAYROLL* MAY | 8.50 |  | 82.81 |
| 6-19-2006 | Canteen Purchase |  | 45.45 | 37.36 |
| 6-22-2006 | LIDIYA    SKURTU | 120.00 |  | 157.36 |
| 6-28-2006 | Canteen Purchase |  | 51.61 | 105.75 |
| 7-03-2006 | Canteen Purchase |  | 42.75 | 63.00 |
| 7-10-2006 | LIDIYA    SKURTU | 120.00 |  | 183.00 |
| 7-12-2006 | FEED THE CHILDREN |  | 12.00 | 171.00 |
| 7-12-2006 | TURNER CLASSIC MOVIES |  | 11.95 | 159.05 |
| 7-13-2006 | Canteen Purchase |  | 92.51 | 66.54 |
| 7-14-2006 | STATE PAYROLL* JUNE | 8.50 |  | 75.04 |
| 7-19-2006 | Canteen Purchase |  | 43.33 | 31.71 |
| 7-24-2006 | LIDIYA    SKURTU | 120.00 |  | 151.71 |
| 7-25-2006 | Canteen Purchase |  | 26.40 | 125.31 |
| 7-31-2006 | BILLY GRAHAM EVANG. ASSN. |  | 12.00 | 113.31 |
| 7-31-2006 | FEED THE CHILDREN |  | 12.00 | 101.31 |
| 8-03-2006 | Canteen Purchase |  | 51.86 | 49.45 |
| 8-07-2006 | YIDIYA    SKURTY | 120.00 |  | 169.45 |
| 8-08-2006 | Canteen Purchase |  | 23.67 | 145.78 |
| 8-14-2006 | LIDIYA    SKURTY | 120.00 |  | 265.78 |
| 8-15-2006 | Canteen Purchase |  | 41.72 | 224.06 |
| 8-18-2006 | STW REG    1.00Mo  7-3 | 10.00 |  | 234.06 |
| 8-21-2006 | FEED THE CHILDREN |  | 12.00 | 222.06 |
| 8-21-2006 | BILLY GRAHAM EVANGELISTIC |  | 12.00 | 210.06 |
| 8-24-2006 | Canteen Purchase |  | 54.79 | 155.27 |
| 8-30-2006 | Canteen Purchase |  | 31.07 | 124.20 |
| 9-05-2006 | Canteen Purchase |  | 41.02 | 83.18 |
| 9-11-2006 | Canteen Purchase |  | 34.24 | 48.94 |
| 9-15-2006 | LIDIYA    SKURTU | 120.00 |  | 168.94 |
| 9-15-2006 | STW REG    1.00Mo  8-3 | 12.50 |  | 181.44 |

Inmate Account Statement    4-09-2007    Page 2

```
1091128    SKURTU           ALEKSANDR
ERDCC      005 05C 0C204
```

| Date | Personal | Deposit | Withdrawals | Balance |
|---|---|---|---|---|
| 9-20-2006 | Canteen Purchase | | 57.63 | 123.81 |
| 9-25-2006 | BILLY GRAHAM EVANGELISTIC ASSN | | 12.00 | 111.81 |
| 9-25-2006 | TURNING POINT MINISTRY | | 10.00 | 101.81 |
| 9-26-2006 | Canteen Purchase | | 38.97 | 62.84 |
| 10-02-2006 | Canteen Purchase | | 51.94 | 10.90 |
| 10-02-2006 | LIDIYA SKURTY | 120.00 | | 130.90 |
| 10-11-2006 | Canteen Purchase | | 64.23 | 66.67 |
| 10-13-2006 | LIDIYA SKURTY | 120.00 | | 186.67 |
| 10-13-2006 | STW REG 1.00Mo 9-3 | 15.00 | | 201.67 |
| 10-16-2006 | FEED THE CHILDREN | | 12.00 | 189.67 |
| 10-18-2006 | FEED THE CHILDREN | | 12.00 | 177.67 |
| 10-18-2006 | ICBT | | 10.00 | 167.67 |
| 10-19-2006 | Canteen Purchase | | 64.05 | 103.62 |
| 10-26-2006 | Canteen Purchase | | 47.73 | 55.89 |
| 10-31-2006 | Canteen Purchase | | 28.40 | 27.49 |
| 10-31-2006 | LIDIYA SKURTU | 140.00 | | 167.49 |
| 11-07-2006 | Canteen Purchase | | 28.59 | 138.90 |
| 11-09-2006 | STW REG 1.00Mo 10-3 | 17.50 | | 156.40 |
| 11-13-2006 | Canteen Purchase | | 32.86 | 123.54 |
| 11-14-2006 | CHRISTIAN BOOK DISTRIBUTORS | | 94.54 | 29.00 |
| 11-14-2006 | FEED THE CHILDREN | | 14.00 | 15.00 |
| 11-21-2006 | Canteen Purchase | | 14.77 | .23 |
| 11-21-2006 | LIDIYA SKURTU | 140.00 | | 140.23 |
| 11-27-2006 | Canteen Purchase | | 83.29 | 56.94 |
| 12-04-2006 | Canteen Purchase | | 36.76 | 20.18 |
| 12-07-2006 | ALEXKSANDRSKURTU | 120.00 | | 140.18 |
| 12-11-2006 | FEED THE CHILDREN | | 17.00 | 123.18 |
| 12-12-2006 | Canteen Purchase | | 65.98 | 57.20 |
| 12-15-2006 | STW REG 1.00Mo 11-3 | 20.00 | | 77.20 |
| 12-19-2006 | FEED THE CHILDREN | | 12.00 | 65.20 |
| 12-19-2006 | Canteen Purchase | | 52.47 | 12.73 |
| 12-22-2006 | LIDIYA SKURTU | 120.00 | | 132.73 |
| 12-27-2006 | Canteen Purchase | | 49.02 | 83.71 |
| 1-03-2007 | Canteen Purchase | | 55.27 | 28.44 |
| 1-10-2007 | ABANDONED BABY CENTER | | 12.00 | 16.44 |
| 1-10-2007 | Canteen Purchase | | 9.24 | 7.20 |
| 1-12-2007 | LIDIYA SKURTU | 120.00 | | 127.20 |
| 1-12-2007 | STW REG 1.00Mo 12-3 | 22.50 | | 149.70 |
| 1-16-2007 | Canteen Purchase | | 68.93 | 80.77 |
| 1-19-2007 | BILLY GRAHAM EVAN. ASSOC. | | 15.00 | 65.77 |
| 1-19-2007 | JACK L MARCUS INC | | 20.00 | 45.77 |
| 1-24-2007 | LIDIYA SKURTU | 120.00 | | 165.77 |
| 1-25-2007 | Canteen Purchase | | 42.85 | 122.92 |
| 1-31-2007 | BILLY GRAHAM EVAN.ASSOC | | 12.00 | 110.92 |
| 1-31-2007 | Canteen Purchase | | 65.60 | 45.32 |
| 2-06-2007 | Canteen Purchase | | 40.69 | 4.63 |
| 2-15-2007 | LIDIYA SKURTU | 140.00 | | 144.63 |
| 2-16-2007 | STW REG 1.00Mo 1-3 | 25.00 | | 169.63 |
| 2-16-2007 | Mandatory Savings Reduction | | 2.50 | 167.13 |
| 2-20-2007 | Canteen Purchase | | 99.11 | 68.02 |
| 2-26-2007 | C B D | | 33.48 | 34.54 |

Inmate Account Statement    4-09-2007    Page 3

```
1091128    SKURTU            ALEKSANDR
ERDCC      005 05C 0C204
```

|  | Personal | Deposist | Withdrawals | Balance |
|---|---|---|---|---|
| 2-26-2007 | TURNING POINT MINISTRY |  | 17.00 | 17.54 |
| 2-27-2007 | Canteen Purchase |  | 14.62 | 2.92 |
| 3-07-2007 | LIDIYA    SKURTU | 130.00 |  | 132.92 |
| 3-08-2007 | Canteen Purchase |  | 71.02 | 61.90 |
| 3-13-2007 | Canteen Purchase |  | 37.18 | 24.72 |
| 3-14-2007 | FEED THE CHILDREN |  | 13.00 | 11.72 |
| 3-16-2007 | STW REG    1.00Mo  2-2 | 27.50 |  | 39.22 |
| 3-16-2007 | Mandatory Savings Reduction |  | 2.75 | 36.47 |
| 3-20-2007 | LIDIYA    SKURTU | 150.00 |  | 186.47 |
| 3-22-2007 | Canteen Purchase |  | 73.80 | 112.67 |
| 3-26-2007 | Canteen Purchase |  | 28.06 | 84.61 |
| 3-26-2007 | BILLY GRAHAM EVAN. ASSOC. |  | 18.00 | 66.61 |
| 4-04-2007 | Canteen Purchase |  | 53.02 | 13.59 |
| 4-06-2007 | LIDIYA    SKURTU | 150.00 |  | 163.59 |
| 4-09-2007 | Closing   Balance | 2,577.00 | 2,574.71 | 163.59 |

|  | Mandatory Savings | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 2-16-2007 | Mandatory Savings | 2.50 |  | 2.50 |
| 3-16-2007 | Mandatory Savings | 2.75 |  | 5.25 |
| 4-09-2007 | Closing   Balance | 5.25 | .00 | 5.25 |

| Account Summary | Opening | Deposits | Withdrawals | Closing |
|---|---|---|---|---|
|  | 161.30 | 2,582.25 | 2,574.71 | 168.84 |