**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ALEKSANDR SKURTU, 1091128           )
2727 Hwy. K                         )
Bonne Terre, Mo. 63628              )
            Petitioner,             0
                                    )
        VS.                         )   Case No.  07 1134
                                    )
DEPARTMENT OF HOMELAND SECURITY, &  )
UNITED STATES IMMIGRATION           )
New Orleans District-Oakdale Sub-Office  0
1010 East Whatley Road              )
Oakdale, La. 71463,                 )
                                    )
Honorable John A. Duck, Jr.         )
Immigration Judge                   )
U.S. Immigration Court              )
Potosi, Mo. 63660                   )
            Respondent.             )
```

### MOTION FOR APPOINTMENT OF COUNSEL

**NOW COMES**, Aleksandr Skurtu, Petitioner, and pursuant to 42 U.S.C. 1915, request this Honorable Court to Appoint Counsel to represent Petitioner in this case for the following reasons:

1. Petitioner is not able to afford counsel;

2. The issues involved in this case are very complex;

3. The prison limits the hours that Petitioner may have access to the prison library and the legal materials contained there are very limited, and immigration material and immigration laws are limited to almost nothing;

4. Petitioner has no legal knowledge in Civil laws or Immigration laws, and has had help in filing this action, but even the paralegal here has no experience with immigration laws;

**RECEIVED**

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

5. The ends of justice would best be serve in this case if and attorney with Immigration knowledge of the laws be appointed to represent this Petitioner in this cause of action.

See Brief In Support attached heretofore.

                                        Respectfully submitted,

                                        _____
                                        ALEKSANDR SKURTU

STATE OF MISSOURI            )
                             ) SS.
COUNTY OF ST. FRANCOIS       )

I ALEKSANDR SKURTU, of lawful age, being duly sworn, on his oath states that he is the Petitioner name above; that the fact stated herein are true according to his best information and belief of said Petitioner.

                                        _____
                                        ALEKSANDR SKURTU

Subscribe and sworn to before me this ____ day of May 2007.

                                        _____
                                        Notary Public
                                        CLARENCE C. HAMLIN
                                        Notary Public - Notary Seal
                                        State of Missouri - County of St. Francois
                                        My Commission Expires Mar. 26, 2010
                                        Commission #06397642

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ALEKSANDR SKURTU, 1091128 )<br>2727 Hwy. K )<br>Bonne Terre, Mo. 63628 )<br>       Petitioner, )<br> )<br>VS. )<br> )<br>DEPARTMENT OF HOMELAND SECURITY, & )<br>UNITED STATES IMMIGRATION )<br>New Orleans District-Oakdale Sub-Office )<br>1010 East Whatley Road )<br>Oakdale, La.  71463 )<br> )<br>HONORABLE JOHN A. DUCK, JR. )<br> Immigration Judge )<br>United States Immigration Court )<br>Potosi, Mo.  63660 )<br>       Respondent. ) | Case No. 07 1134 |

BRIEF IN SUPPORT FOR
MOTION FOR APPOINTMENT OF COUNSEL

**NOW COME**, Aleksandr Skurtu, Petitioner herein, and for his Motion in Support for Motion for Appointment of Counsel, states the following;

The right to access to the court is base on the First and Fourteenth Amendment rights to petition all branches of the government for redress of grievances, on the Fifth and Fourteenth Amendment which guarantees of Due Process and Equal Protection of the law, and on the Sixth and Fourteenth Amendment Right to Counsel. **WOLFF vs McDONNELL**, 418 U.S. 539, 579, 41 L. ED.2d 935, 94 S.CT. 2963, 71 Ohio Ops.2d 336; **PROCUNIER vs MARTINEZ**, $!" U.S. 396, 419, 40 L. ED.2d 224, 94 S.CT. 1800, 71 Ohio Ops. 2d 139; **CRUZ vs Beto**, 405 U.S. 319, 321, 31 L. Ed2d 263, 92 S.CT. 1079 later app (Ca 5 Tex) 497 F2d 496; **YOUNGER vs GILMORE**, 319 F.Supp. 105, 109, 111; **ANDRADE vs HAUCK**, 452 F.2d 1071, 1072.

It is indisputably established that prisoners have substantial fundamental constitutional right of access to the court and such access must be adequate,

(2)

effective, and meaningful. BOUNDS vs SMITH, SUPRA; RUSH vs UNITED STATES, 559 F.2d 455, 458; PROCUNIER vs MARTINEZ, SUPRA; JOHNSON vs AVERY, 393 U.S. 483, 485, 89 S.CT. 747, 748, 21 L.ED2d 718 (1969); ADAMS vs CARLSON, 488 F.2d 619, 630 (7th Cir. 1973). Without this right, all other rights a prisoner may have possess are illusory. ADAMS vs CARLSON, SUPRA, 488 F.2d at 630.

Petitioner states that he can not have adequate, effective, and meaningful access to the courts if he is not appointed counsel.

Federal Courts are empowered by statute to appoint counsel when circumstances justify it. Section 1915 Title 28 of the United States Code authorizes a court to request an attorney to represent a party in a civil action who is proceeding in forma pauperis.

In addition to the merits of indigents litigants case, a court may consider any number of factors. Among these factors are the complexity of the legal issues presented and the capability of the litigant to recognise and present the issues, the complexity and conflicting nature of the facts, the ability of the litigant to investigate his case, and the relative substantive value of the claims presented.

    The court stated in MADYUM vs THOMPSON, 657 F.2d 868 (7th Cir. 1981), that:

> ...the role of the district court should be to
> insure that the claims of a pro se litigant are given
> "fair and meaningful consideration." Id. at 876.

Another court stated:

> "Counsel can explain the applicable legal principles
> to the complaintant
> and ...limit litigation to potentially meritorious issues.

(3)

In addition, appointment of a lawyer provides the unlettered inmate with an opportunity to obtain representation equally qualified with the professional counsel usually provided by the state for the defendants. **WRIGHT vs DALLAS COUNTY SHERIFF"S DEPT.** 660 f.2d 623 (5th Cir. 1981), quoting **KNIGHTON vs WATKINS**, 616 F.2d 795 (5th Cir. 1980); **STRINGER vs ROWE**, 616 F.2d 993, 1001 (7th Cir. 1980).

The Petitioner states that he does not know how to bring his claim to the court, that he has had others show him how to file this motion for appointment of counsel and the brief for the motion for appointment of counsel.

**WHEREFORE,** Petitioner Prays that this Honorable Court to appoint competent counsel to represent him in this cause; to order counsel to amend original complaint and further, any and all other orders this Honorable Court deems just and proper in the premise.

Respectfully submitted;

_____
Aleksandr Skurtu

STATE OF MISSOURI       )
                        ) SS.
COUNTY OF ST. FRANCOIS  )

I Aleksandr Skurtu, of lawful age, being duly sworn, on his oath states that he is the Petitioner named above; that the facts stated herein are true according to the best information and belief of said Petitioner.

Subscribed and sworn to me this ___/___ day of May 2007.

CLARENCE C. HAMLIN
Notary Public - Notary Seal
State of Missouri - County of St. Francois
My Commission Expires Mar. 26, 2010
Commission #06397642